ant *Attorney General Luhring,* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 430. ROSENWALD *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. November 4, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Robert N. Miller, Charles Lederer, Stuart Chevalier,* and *Ward Loveless* for petitioner. *Solicitor General Hughes,* and *Messrs. Sewall Key, Barham R. Gary, Clarence M. Charest,* and *Allin H. Pierce* for respondent.

No. 431. UNITED STATES *v.* NEWPORT NEWS SHIPBUILDING & DRY DOCK CO. November 4, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Messrs. Claude R. Branch, H. H. Rumble, J. Frank Staley, Chauncey G. Parker,* and *F. R. Conway* for the United States. *Mr. Roscoe H. Hupper* for respondent.

No. 403. MOE ET AL. *v.* ABERG ET AL. See *ante,* p. 522.

No. 465. HILL *v.* UNITED STATES. See *ante,* p. 522.

No. 472. HALLAM *v.* GRANT. See *ante,* p. 522.

No. 285. ABERNATHY ET AL. *v.* OKLAHOMA EX REL. GOAR ET AL. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. John Tomerlin, C. B. Stuart,* and